**Fill in this information to identify the case:**

Debtor name: **Mariner Seafood, LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/11/2020      X /s/ John P. Flynn
                              Signature of individual signing on behalf of debtor

**John P. Flynn**
Printed name

**President and Manager**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Mariner Seafood, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS - EASTERN DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **RGK Goodwin** | **Glen Goodwin** gleng3@verizon.net | | | | | **$868,595.96** |
| **STAFFING 360 SOLUTIONS INC./MONROE** P O BOX 412554 Boston, MA 02241-2554 | **Accounting@monroe.com** | | | | | **$786,579.60** |
| **EMPIRE STAFFING INC** PO BOX 40561 NEW BEDFORD, MA 02740 | **Pete Avila** pete@empirestaffing.net | | | | | **$736,162.17** |
| **TITANIA SEAFOOD LTD** 253-261 HENNESSY RD COMMERCIAL BLD ROOM 1902 EASEY WANCHAI | **Kira Laurila** kira.laurila@titaniaseagroup.com | | | | | **$567,641.85** |
| **STAVIS SEAFOODS LLC** 212 NORTHERN AVE BOSTON, MA 02210 | **Juan Lopez** jlopez@stavis.com | | | | | **$331,896.31** |
| **SEAFREEZE LTD** 100 DAVISVILLE PIER NORTH KINGSTOWN, RI 02852 | **Paul Polito** ppolito@staffing360solutions.com | | | | | **$273,282.56** |

Debtor **Mariner Seafood, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| SEATRADE INTERNATIONAL INC. 10 N FRONT SRTEET NEW BEDFORD, MA 02740 | Eric Booth  Credit@myseafood.com | | | | | $250,285.53 |
| DAREL CO. INC 72 N. WATER STREET FLOOR 3 NEW BEDFORD, MA 02740 | Renato Ragusta  renato.ragosta@elafood.com | | | | | $198,985.84 |
| BLUGLACIER LLC 6303 BLUE LAGOON DRIVE SUITE 385 MIAMI, FL 33126 | Sebastian Goycoolea  sebastian.goycoolea@bluglacier.com | | | | | $152,579.70 |
| OCEANS FLEET FISHERIES INC PO BOX 2731 FALL RIVER, MA 02777 | Dan Pacheco  dan@oceansfleet.com | | | | | $123,427.50 |
| Dalian Hongxing | Victor Liu  hxseafood@126.com | | | | | $113,220.00 |
| PACIFIC TRADE INTERNATIONAL 124 MAKAALA STREET HILO, HI 96720 | Kerry Umamoto  kumamoto@hilofish.com | | | | | $92,485.00 |
| NORTH ATLANTIC INC. PO BOX 787562 PHILADELPHIA, PA 19178-4562 | Bill Stride  bill@northatlanticseafood.com | | | | | $85,710.00 |
| EASTERN FISH COMPANY LLC PO BOX 781790 PHILADELPHIA, PA 19178-1790 | Eric Bloom  ebloom@easternfish.com | | | | | $77,810.00 |
| WHEELER SEAFOOD INC 929 E. MAIN SUITE 212 PUYALLUP, WA 98372 | Brian Wheeler  iamcod@aol.com | | | | | $76,832.20 |
| EVERSOURCE PO BOX 56007 BOSTON, MA 02205-6007 | 800-340-9822 | | | | | $72,476.16 |

Debtor **Mariner Seafood, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **HALLVARD LEROY AS**<br>**BONTELABO NO 2**<br>**POR BOX 7600**<br>**NORWAY** | **Bjorn Oppheim**<br><br>**bjorn.oppheim@leroy.no** | | | | | $66,395.54 |
| **SOUTHWEST AIRLINES CARGO**<br>**PO BOX 97390**<br>**DALLAS, TX 75397** | **Clarissa Rosario**<br><br>**Clarissa.Rosario@wnco.com** | | | | | $61,566.12 |
| **SEA PEARL SEAFOOD**<br>**PO BOX 649**<br>**BAYOU LABATRE, AL 36509** | **Greg Ladnier**<br><br>**greg@sea-pearl.com** | | | | | $60,000.00 |
| **SKIP`S MARINE SUPPLY INC.**<br>**108 MACARTHUR DRIVE**<br>**NEW BEDFORD, MA 02740** | **Katie Drouin**<br><br>**kdrouin@skipsmarine.net** | | | | | $58,606.32 |