**Fill in this information to identify the case:**

Debtor name   **Mariner Seafood, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................   $   **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................   $   **5,761,124.10**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................   $   **5,761,124.10**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $   **4,767,291.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $   **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$   **7,046,853.07**

4.   Total liabilities ...........................................................................................................
    Lines 2 + 3a + 3b   $   **11,814,144.07**

**Fill in this information to identify the case:**

Debtor name   **Mariner Seafood, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| 2. | **Cash on hand** | | | | **$100.00** |
| --- | --- | --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Wells Fargo Bank, N.A.** | **Checking** | **5787** | **$160,881.10** |

4. **Other cash equivalents** *(Identify all)*

| 5. | **Total of Part 1.** | **$160,981.10** |
| --- | --- | --- |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Security Deposit - MacArthur Drive, LLC** | **$20,000.00** |
| --- | --- | --- |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Mariner Seafood, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$20,000.00

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:    3,085,464.00    -    48,725.00    = ....    $3,036,739.00

face amount                              doubtful or uncollectible accounts

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$3,036,739.00

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Seafood (Various)** | | $1,323,026.00 | Recent cost | $1,323,026.00 |
| | **Packaging (Various)** | | $374,588.00 | Recent cost | $374,588.00 |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$1,697,614.00

24. **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value                Valuation method                Current Value

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Mariner Seafood, LLC**_____    Case number *(If known)* _____
          Name

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** See attached Schedule 7-8 | $0.00 | Liquidation | $0.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                    $0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Mariner Seafood, LLC**_____    Case number *(If known)* _____
Name

| 50. | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) **See attached Schedule 7-8** | $845,790.00 | Liquidation | $845,790.00 |
|---|---|---|---|---|

| 51. | **Total of Part 8.** Add lines 47 through 50. Copy the total to line 87. | | $845,790.00 |
|---|---|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Trademark -Wild at Heart, USPTO Registration No: 5927157** | $0.00 | | Unknown |
| | **Trademark -MarSelect, USPTO Registration No: 3941965** | $0.00 | | Unknown |
| | **Trademark -Setting the Seafood Standard, USPTO Registration No: 5385906** | $0.00 | | Unknown |
| | **Trademark -Hello Fish - USPTO Registration Application Pending - Serial No.: 87865964** | $0.00 | | Unknown |
| | **Trademark - Go Wild** | $0.00 | | Unknown |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Mariner Seafood, LLC**  _____    Case number *(If known)* _____
Name

---

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---:|
| | **$0.00** |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 11:       All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

**SCHEDULE 7-8**

**Mariner Seafood LLC**
**86 MacArthur Drive**
**New Bedford, MA 02740**

**Inspection Date:**
**11 October 2019**

| Item | Description | Condition | Orderly Liquidation |
|------|-------------|-----------|---------------------|
| | **PLANT #1** | | |
| 1 | [209] 45" X 40" X 32" HIGH PLASTIC VATS EACH WITH COVER | G | $2,090 |
| 2 | BAADER MDL. 188 FISH FILLETING MACHINE, WITH 3HP MOTOR, 8" SAW BLADES, CONVEYOR THROUGHFEED, S/N: 1045180188 | F | $12,500 |
| 3 | BAADER MDL. 189 COD FILLETING MACHINE, WITH STAINLESS STEEL COLLECTION TABLE, CHAIN DRIVEN CONVEYOR, DUAL UPPER & LOWER SKINNING BLADES, 4HP MOTOR, DUAL OUTFEED PLASTIC MESH BELT **SEE PHOTO #1** | F | $24,500 |
| 4 | BAADER MDL. 189 COD FILLETING MACHINE, WITH STAINLESS STEEL COLLECTION TABLE, CHAIN DRIVEN CONVEYOR, DUAL UPPER & LOWER SKINNING BLADES, 4HP MOTOR, DUAL OUTFEED PLASTIC MESH BELT | F | $12,500 |
| 5 | FLAT FISH SKINNING LINE, CONSISTING OF: ~ HYDRAULIC BIN TIPPER, WITH STAINLESS STEEL FRAME, APPROXIMATELY 2500# CAPACITY ~ INCLINE CONVEYOR, WITH STAINLESS STEEL FRAME, COLLECTION HOPPER, APPROXIMATELY 3' WIDE X 5' HIGH MESH CONVEYOR INCLINE FEED, STAINLESS STEEL GRAVITY DUMP AREA ~ BAADER MDL. 176 FLATFISH FILLETING MACHINE, WITH CONVEYOR INFEED, THROUGHFEED CONVEYOR, PROCESSING SAWS, 5-ARM CAROUSEL STYLE HOLDDOWN, SKIN EXIT CONVEYOR, PRODUCT EXIT INCLINE CONVEYOR, SKIN INCLINE CONVEYOR, S/N: 101573 ~ VARLET UNI-FOOD FEED-THROUGH SKINNER, WITH APPROXIMATELY 2- WIDE FEED THROUGH CONVEYOR, [2] APPROXIMATELY 12" PRESSURE ROLLS, PEELER BLADES, S/N: 2015-1075 **SEE PHOTO #2 THRU PHOTO #6** | G | $87,500 |
| 6 | BAADER MDL. 51 APPROXIMATELY 12" WIDE FEED THROUGH SKINNER, WITH INFEED & OUTFEED CONVEYORS, [2] 6" PRESSURE ROLLS, SKINNING BLADES, WATER CIRCULATION SYSTEM, S/N: 104973005 (1982) | F | $8,500 |
| 7 | [4] STAINLESS STEEL MANUAL CUTTING TABLES, 10' LONG, 2-SIDED, WITH GRAVITY ROLLER THROUGHFEED CONVEYOR, 4-PERSON WORK AREA PER SIDE, WORK LIGHTS AT EACH STATION, MOBILE BASE | F | $4,000 |
| 8 | STAINLESS STEEL PORTABLE SCALING TABLE, WITH ELECTRIC ROTARY HAND SCALER | F | $500 |
| 9 | 7-PERSON STAINLESS STEEL HAND SKINNING / FILETING TABLE, APPROXIMATELY 20' LONG, WITH STAINLESS STEEL MESH WASTE INCLINE CONVEYOR | F | $6,500 |

**Koster Industries Inc.**

**Mariner Seafood LLC**
**86 MacArthur Drive**
**New Bedford, MA 02740**

**Inspection Date:**
**11 October 2019**

| Item | Description | Condition | Orderly Liquidation |
|------|-------------|-----------|---------------------|
| 10 | [2] BAADER MDL. 47 FISH SKINNER, WITH PLASTIC INFEED & OUTFEED CONVEYORS, WATER CIRCULATION SYSTEM, 8" PRESSURE ROLL, SKINNING BLADE, 10-POSITION THICKNESS ADJUSTMENT, S/N'S: N/A **SEE PHOTO #7** | F | $7,000 |
| 11 | [2] DORAN MDL. 8000 500# DIGITAL BENCH SCALES | G | $1,000 |
| 12 | [8] DORAN MDL. 8000XLM 50# DIGITAL BENCH SCALES, S/N'S: XL844963; [7] @ N/A | G | $2,400 |
| 13 | [5] DORAN MDL. 7000XL 50# DIGITAL BENCH SCALES, S/N'S: N/A | G | $1,250 |
| 14 | [29] MyWEIGH MDL. WR12K 12kg DIGITAL BENCH SCALES, S/N'S: N/A | G | $1,450 |
| 15 | METTLER TOLEDO / SAFELINE MDL. SL1500 PASS-THROUGH METAL DETECTOR, WITH APPROXIMATELY 18" WIDE X 5" HIGH OPENING, TOUCH SCREEN PLC CONTROL, THROUGHFEED CONVEYOR, PORTABLE BASE, EXIT GRAVITY ROLLER CONVEYOR, S/N: REN-MD-003 (2016) | G | $14,500 |
| 16 | [4] 6' LONG 2-SIDED SLICING TABLES, 2-PERSON PER SIDE, STAINLESS STEEL FRAME | F | $4,000 |
| 17 | MULTIVAC T600 TRAY SEALER, WITH 3-UP CAPABILITY, 40-TRAY PER MINUTE OUTPUT, FILM ADVANCE ROLL, SCRAP REWINDER, MULTIVAC TOUCH SCREEN PLC CONTROL, APPROXIMATELY 6" X 8" TRAY DIES, INFEED & OUTFEED CONVEYORS, APPROXIMATELY 5HP VACUUM PUMP, S/N: 220985 (2015) **SEE PHOTO #8** | G | $56,500 |
| 18 | MULTIVAC T600 TRAY SEALER, WITH 3-UP CAPABILITY, 40-TRAY PER MINUTE OUTPUT, FILM ADVANCE ROLL, SCRAP REWINDER, MULTIVAC TOUCH SCREEN PLC CONTROL, APPROXIMATELY 6" X 8" TRAY DIES, INFEED & OUTFEED CONVEYORS, APPROXIMATELY 5HP VACUUM PUMP, S/N: 239884 (2016) | G | $62,500 |
| 19 | RAVENWOOD PACKAGING LTD. MDL. NOBAC 500 TRAY LABELER, WITH 8" X 12' PLASTIC MESH BELT CONVEYOR, APPROXIMATELY 16" WIDE ROLL UNWINDER, LABELING PRESSURE ROLL, LABEL CUTTER, ZODIAC HS TOUCH SCREEN PLC CONTROL, MITSUBISHI GOT1000 TOUCH SCREEN SLEEVE PLC CONTROL, S/N: 0725/2014 | G | $28,500 |
| 20 | LINX MDL. 8900IP55 INKJET CODER, WITH PRINT HEAD, TOUCH SCREEN PLC CONTROL, 10" X 48" PLASTIC MESH BELT CONVEYOR WITH VARI-SPEED CONTROL, S/N: AR284 (2018) **SEE PHOTO #9** | G | $6,000 |

**Koster Industries Inc.**

**Mariner Seafood LLC**
**86 MacArthur Drive**
**New Bedford, MA 02740**

**Inspection Date:**
**11 October 2019**

| Item | Description | Condition | Orderly Liquidation |
|------|-------------|-----------|---------------------|
| 21 | METTLER TOLEDO / SAFELINE MDL. SL-1500 PASS-THROUGH METAL DETECTOR, WITH APPROXIMATELY 18" WIDE X 5" HIGH OPENING, TOUCH SCREEN PLC CONTROL, THROUGHFEED CONVEYOR, PORTABLE BASE, EXIT GRAVITY ROLLER CONVEYOR, S/N: 10843901 (2017) | G | $14,500 |
| 22 | MULTIVAC T600 TRAY SEALER, WITH 3-UP CAPABILITY, 40-TRAY PER MINUTE OUTPUT, FILM ADVANCE ROLL, SCRAP REWINDER, MULTIVAC TOUCH SCREEN PLC CONTROL, APPROXIMATELY 6" X 8" TRAY DIES, INFEED & OUTFEED CONVEYORS, APPROXIMATELY 5HP VACUUM PUMP, S/N: 229263 (2016) | G | $52,500 |
| 23 | MULTIVAC T600 TRAY SEALER, WITH 3-UP CAPABILITY, 40-TRAY PER MINUTE OUTPUT, FILM ADVANCE ROLL, SCRAP REWINDER, MULTIVAC TOUCH SCREEN PLC CONTROL, APPROXIMATELY 6" X 8" TRAY DIES, INFEED & OUTFEED CONVEYORS, APPROXIMATELY 5HP VACUUM PUMP, S/N: 216108 (2015)<br>**SEE PHOTO #10** | G | $58,500 |
| 24 | RAVENWOOD PACKAGING LTD. MDL. NOBAC 500 TRAY LABELER, WITH 8" X 12' PLASTIC MESH BELT CONVEYOR, APPROXIMATELY 16" WIDE ROLL UNWINDER, LABELING PRESSURE ROLL, LABEL CUTTER, ZODIAC HS TOUCH SCREEN PLC CONTROL, MITSUBISHI GOT1000 TOUCH SCREEN SLEEVE PLC CONTROL, S/N: 0813/2015 | G | $28,500 |
| 25 | METTLER TOLEDO / SAFELINE MDL. GF150 PASS-THROUGH METAL DETECTOR, WITH APPROXIMATELY 16" WIDE X 6" HIGH OPENING, APPROXIMATELY 8" X 6' LONG PLASTIC MESH INFEED CONVEYOR, TOUCH SCREEN PLC CONTROL, STAINLESS STEEL FRAME, MOBILE BASE, S/N: 9753101 (2016) | G | $12,500 |
| 26 | MAREL MDL. LPC-P011-ICUL11 FEED-THROUGH PORTIONER, WITH STAINLESS STEEL FRAME, TOUCH SCREEN PLC CONTROL, MOBILE BASE, S/N: A118275 (2011)<br>**SEE PHOTO #11** | G | $14,500 |
| 27 | SCALLOP PROCESSING LINE, CONSISTING OF:<br>~ STAINLESS STEEL INCLINE CONVEYOR, WITH COLLECTION HOPPER, APPROXIMATELY 18" WIDE X 4' HIGH PLASTIC MESH BELT, GRAVITY DROP AREA<br>~ STAINLESS STEEL INSPECTION / ORIENTATION BELT CONVEYOR, APPROXIMATELY 30" WIDE X 12' LONG, CUSTOM-BUILT 5-POSITION DROP CHUTE<br>~ [2] STAINLESS STEEL WORK TABLES - APPROXIMATELY 4' WIDE X 10' LONG<br>**SEE PHOTO #12 THRU PHOTO #14** | G | $10,500 |

**Koster Industries Inc.**

**Mariner Seafood LLC**
**86 MacArthur Drive**
**New Bedford, MA 02740**

**Page 4 of 6**

**Inspection Date:**
**11 October 2019**

| Item | Description | Condition | Orderly Liquidation |
|------|-------------|-----------|---------------------|
| 28 | SPEEDAIRE 10HP 2-STAGE AIR COMPRESSOR, WITH 120-GAL. TANK, PARKER MDL. PRD35 35-CFM REFRIGERATED AIR DRYER (S/N: 89804311) | G | $750 |
| 29 | JLG MDL. 1932E2 ELECTRIC WORK LIFT PLATFORM, WITH 19' MAX LIFT HEIGHT, 500# LIFTING CAPACITY, JOYSTICK CONTROL, BUILT-IN CHARGER, S/N: N/A | F | $3,500 |
| 30 | MAREL SALMON MDL. MS2612.25 PIN BONING MACHINE, WITH [2] OVERHEAD PRESSURE BELTS, TOUCH SCREEN PLC CONTROL, STAINLESS STEEL FRAME, S/N: W100440 (2015) *[CURRENTLY NOT IN USE; USED WHEN NECESSARY]* | F | $21,500 |
| 31 | MAREL MDL. CT263OUS SALMON FILETER, WITH LEFT & RIGHT BAND KNIVES, STAINLESS STEEL FRAME, S/N: W100702 (2015) WITH MAREL SLOVAKIA MDL. gra-pa32-cg62-xl 3-STATION PORTION WEIGHER, WITH FEED-THROUGH BELT CONVEYOR, TOUCH SCREEN PLC CONTROL, S/N: A113768 (2014) [CURRENTLY NOT IN USE; USED WHEN NECESSARY] **SEE PHOTO #15** | G | $72,500 |
| 32 | BAADER MDL. 189 CODFILLETING MACHINE, WITH STAINLESS STEEL COLLECTION TABLE, CHAIN DRIVEN CONVEYOR, DUAL UPPER & LOWER SKINNING BLADES, 4HP MOTOR, DUAL OUTFEED PLASTIC MESH BELT CONVEYOR, S/N: N/A *[CURRENTLY NOT IN USE; USED WHEN NECESSARY]* | F | $24,500 |
| 33 | [2] BAADER MDL. 47 FISH SKINNER WITH PLASTIC INFEED & OUTFEED CONVEYORS, WATER CIRCULATION SYSTEM, 8" PRESSURE ROLL, SKINNING BLADE, 10-POSITION THICKNESS ADJUSTMENT, S/N'S: N/A *[CURRENTLY NOT IN USE; USED WHEN NECESSARY]* | F | $7,000 |
| 34 | COLLUM / JET MDL. 900-SM BENCH TOP BLADE SHARPENER, WITH STAINLESS STEEL FRAME, S/N: N/A | G | $8,500 |
| 35 | MAREL MDL. CT2635.00 SALMON SKINNER BLADE SHARPENER, S/N: N/A | G | $15,000 |
| 36 | **OFF-SITE WAREHOUSE - 686 BELLEVILLE AVENUE, NEW BEDFORD, MA** APPROXIMATELY 18" WIDE X 15' LONG DOUBLE BELT CONVEYOR | F | $5,000 |
| 37 | MAREL SALMON PIN BONING MACHINE, WITH [2] OVERHEAD PRESSURE BELTS, TOUCH SCREEN PLC CONTROL, STAINLESS STEEL FRAME, S/N: W101256 | F | $18,500 |
| 38 | **BUILDING #2 - 14 SOUTH STREET, NEW BEDFORD, MA** OK SEALER CORP. MDL. SB20R PASS-THROUGH BAG SEALER, WITH 50-WATT HEATER, 6" X 60" BELT CONVEYOR, DIGITAL TEMPERATURE CONTROL, HAND HELD SPEED & SEALING HEAD CONTROL, MOBILE BASE, S/N: 218-2526-25 | G | $6,500 |

**Koster Industries Inc.**

**Mariner Seafood LLC**
**86 MacArthur Drive**
**New Bedford, MA 02740**

**Page 5 of 6**

**Inspection Date:**
**11 October 2019**

| Item | Description | Condition | Orderly Liquidation |
|------|-------------|-----------|---------------------|
| 39 | DETECTRONIC PASS-THROUGH METAL DETECTOR, WITH 12" WIDE X 8" HIGH OPENING, 12" X 60" FEED-THROUGH CONVEYOR, PLC CONTROL | F | $6,500 |
| 40 | [2] MEZZANINE-MOUNTED ICE MACHINES | F | $3,000 |
| 41 | [2] CLEARWATER TECH OZONE GENERATING MACHINES, WITH PLC CONTROL | G | $25,000 |
| 42 | INGERSOLL RAND MDL. 2340N5-V 5HP 2-STAGE VERTICAL AIR COMPRESSOR, WITH 80-GAL. TANK, S/N: CBV293184 | G | $850 |
| 43 | MULTIVAC T300 TRAY SEALER, WITH FEED TABLE, 8-OUNCE & 16-OUNCE TRAY DIES, 1-UP CONFIGURATION, MULTIVAC TOUCH SCREEN PLC CONTROL, VACUUM PUMP **SEE PHOTO #16** | F | $42,500 |
| 44 | ULTRASOURCE MDL. UV2100 VACUUM SEALER, WITH [2] 30" X 24" WORK AREAS, 7-1/2HP VACUUM PUMP, TILT FRAME, MOBILE BASE, PLC CONTROL, S/N: 6148 (2017) | G | $10,500 |
| 45 | ULTRASOURCE MDL. UV2100 VACUUM SEALER, WITH [2] 30" X 24" WORK AREAS, 7-1/2HP VACUUM PUMP, TILT FRAME, MOBILE BASE, PLC CONTROL, S/N: 6172 (2018) | G | $11,500 |
| 46 | MISCELLANEOUS THROUGHOUT ALL BUILDINGS, INCLUDING BUT NOT LIMITED TO: LADDERS, [7] STAINLESS STEEL WORK TABLES, 3-BAY STAINLESS STEEL SLOP SINK, HIGH OUTPUT FANS, STAINLESS STEEL CARTS, SPEEDAIRE 3HP VERTICAL 2-STAGE AIR COMPRESSOR WITH APPROXIMATELY 60-GAL. TANK, BENCH GRINDER, MILLER MILLERMATIC 211 150-AMP PORTABLE MIG WELDER WITH BUILT-IN WIRE FEEDER (S/N: ME131119N), WORK BENCHES, PARTS SHELVING, PALLET JACKS, LANDA VNG PRESSURE WASHER, DORAN MDL. 8000XL 24" X 24" X APPROXIMATELY 5000# DIGITAL SCALE, [3] REACH-IN FREEZER CHESTS, STAINLESS STEEL INCLINE BELT CONVEYOR WITH HOPPER, 2-SIDED STAINLESS STEEL 8-PERSON WORK TABLE WITH GRAVITY ROLLER CONVEYOR, 2-SIDED 6-PERSON STAINLESS STEEL WORK TABLE, INCLINE STAINLESS STEEL MESH BELT CONVEYOR, 30" X 13' PLASTIC BELT CONVEYOR, ETC. | F / G | $15,000 |

**Koster Industries Inc.**

**Mariner Seafood LLC**
**86 MacArthur Drive**
**New Bedford, MA 02740**

**Inspection Date:**
**11 October 2019**

| Item | Description | Condition | Orderly Liquidation |
|------|-------------|-----------|---------------------|
| 47 | OFFICES LOCATED THROUGH MAIN & SHOP, INCLUDING BUT NOT LIMITED TO: MODULAR OFFICE DESKS & CHAIRS, LAPTOPS, [2] THERMNAL LABEL PRINTERS, INKJET & LASER PRINTERS, BROTHER INTELLIFAX 4100e LASER FAX MACHINE, [2] 2-DOOR & [4] 4-DOOR LATERAL FILE CABINETS, L-SHAPED RECEPTION DESK, 4' X 12' CONFERENCE TABLE WITH [6] CHAIRS, 2-DOOR FILE CABINET, CREDENZAS, VERTICAL PHONE SYSTEM WITH RELATED HARDWARE & HAND SETS, I.T. STACK WITH SERVER, MASS STORAGE DEVICE, HUB, POWER BACK-UP SYSTEMS, BOOKCASE, KITCHEN AREA WITH FRIGIDAIRE ELECTRIC STOVE, MICROWAVE, TOASTER OVEN, FRIGIDAIRE SIDE-BY-SIDE REFRIGERATOR / FREEZER, SMALL CONFERENCE TABLE WITH [4] CHAIRS, WHITEBOARD, BUILDING #2 SERVER WITH MASS STORAGE DEVICE, [2] APC POWER BACK-UPS, NETGEAR HUB, ETC. | G | $12,500 |
| | **TOTAL** | | **$845,790** |

**Koster Industries Inc.**

Debtor    **Mariner Seafood, LLC**
_____    Case number *(if known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $160,981.10 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $20,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,036,739.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,697,614.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $845,790.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,761,124.10 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,761,124.10 |

Fill in this information to identify the case:

Debtor name  **Mariner Seafood, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                                                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Wells Fargo Bank, N.A.**<br>Creditor's Name<br><br>**c/o Joe Lubertazzi<br>McCarter & English<br>100 Mulberry Street, 4<br>Gateway Center<br>Newark, NJ 07102**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | **$4,280,495.00** | **$0.00** |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe the lien
**All Asset Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** **Wells Fargo Equipment Finance**<br>Creditor's Name<br><br>**PO Box 3072<br>Cedar Rapids, IA 52406**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | **$486,796.00** | **$0.00** |
| --- | --- | --- | --- |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe the lien
**All Asset Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **Mariner Seafood, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $4,767,291.00

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 2

**Fill in this information to identify the case:**

Debtor name   **Mariner Seafood, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**11 HASSEY ST LLC**<br>**95 BROOK ST**<br>**NEW BEDFORD, MA 02746**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,243.72 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**ABC DISPOSAL**<br>**1245 SHAWMUT AVENUE**<br>**NEW BEDFORD, MA 02747**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $5,618.76 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**ACTION FOOD SALES INC**<br>**201 MCCULLOUGH DR**<br>**SUITE 380**<br>**CHARLOTTE, NC 28262**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $15,912.85 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**ADVERTAPE**<br>**1189 MONTAUK HWY**<br>**EAST PATCHOGUE, NY 11772**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $7,252.00 |

| Debtor | **Mariner Seafood, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,813.00**

AFC TRADING CORPORATION
255 MACARTHUR DRIVE
NEW BEDFORD, MA 02740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70.50**

ALARM FUNDING ASSOCIATES LLC
1646 WEST CHESTER PIKE
EWEST CHESTER, PA 19382

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,830.92**

ALGONQUIN PRODUCTS COMPANY
PO BOX 87005
DARTMOUTH, MA 02748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$98.00**

ALL SECURITY HOLDING COMPANY
771 KEMPTON STREET
NEW BEDFORD, MA 02740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00**

AMERICA`S SERVICE LINES LLC
39170 TREASURY CENTER
CHICAGO, IL 60694-9100

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,904.40**

ARAHO TRANSFER
7 FID KENNEDY AVE
BOSTON, MA 02210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,650.50**

ARCADIA CHEMICAL & PRESERVATIVE
LLC
100 GREAT NECK ROAD
GREAT NECK, NY 11021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mariner Seafood, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,246.10 |
|---|---|---|---|

**ASPEN SYSTEMS**
**6930 E. CHAUNCEY LANE**
**PHOENIX, AZ 85054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $192.90 |
|---|---|---|---|

**ATRADIUS**
**230 Schilling Circle**
**Suite 240**
**Hunt Valley, MD 21031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,772.58 |
|---|---|---|---|

**BAADER FOOD PROCESSING MACHINERY**
**3086 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,156.00 |
|---|---|---|---|

**BARLOW JOSEPHS & HOLMES**
**40 WESTMINSTER ST**
**PROVIDENCE, RI 02903**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
|---|---|---|---|

**BAY FUELS INC.**
**87 CONWAY STREET**
**NEW BEDFORD, MA 02740**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,969.16 |
|---|---|---|---|

**BLUE CROSS & BLUE SHIELD OF MASS**
**PO BOX 371318**
**PITTSBURGH, PA 15250-7318**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $152,579.70 |
|---|---|---|---|

**BLUGLACIER LLC**
**6303 BLUE LAGOON DRIVE**
**SUITE 385**
**MIAMI, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mariner Seafood, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$697.70** |
|---|---|---|---|

**BOSTON SWORD & TUNA INC.**
**8 SEAFOOD WAY**
**BOSTON, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32,194.46** |
|---|---|---|---|

**BRIDGE TERMINAL INC**
**PO BOX 7745**
**NEW BEDFORD, MA 02742-7745**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
|---|---|---|---|

**BRISTOL SEAFOOD LLC**
**5 PORTLAND FISH PIER**
**PORTLAND, ME 04101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,897.99** |
|---|---|---|---|

**BRODIE TOYOTA-LIFT INC**
**PO BOX 1888**
**LAWRENCE, MA 01842-3888**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,018.00** |
|---|---|---|---|

**C&C SCALE COMPANY LLC**
**124 ADAMS ROAD**
**CANDIA, NH 03034-2404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,096.34** |
|---|---|---|---|

**CINTAS CORPORATION**
**PO BOX 630803**
**CINCINNATI, OH 45263-0803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,754.22** |
|---|---|---|---|

**CITY OF NEW BEDFORD**
**1105 SHAWMUT AVE**
**NEW BEDFORD, MA 02746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Mariner Seafood, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,217.54**

**CITY OF NEW BEDFORD**
**1105 SHAWMUT AVE**
**NEW BEDFORD, MA 02746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,931.12**

**CLAYTON COUNTY TAX COMMISSIONER**
**ADMINISTRATION ANNEX 3**
**JONESBORO, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,997.67**

**COMMODITY FORWARDERS INC**
**11101 S LA CIENEGA BLVD**
**LOS ANGELES, CA 90045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,325.20**

**CONTINENTAL PLASTICS & PKG INC**
**21 LINCOLN POWDER HILL RD**
**LINCOLN, RI 02865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,100.00**

**CROCKER & WINSOR SEAFOODS**
**PO BOX 844260**
**BOSTON, MA 02284-4260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,144.35**

**CRYSTAL ICE**
**178 FRONT STREET**
**NEW BEDFORD, MA 02740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$113,220.00**

**Dalian Hongxing**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mariner Seafood, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198,985.84 |
|---|---|---|---|

**DAREL CO.  INC**
**72 N. WATER STREET**
**FLOOR 3**
**NEW BEDFORD, MA 02740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**DARN IT ! REALTY LLC**
**686 BELLEVILLE AVE**
**NEW BEDFORD, MA 02745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,720.56 |
|---|---|---|---|

**DEG ASSOCIATES INC.**
**155 WADE STREET**
**FALL RIVER, MA 02721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.29 |
|---|---|---|---|

**DHL EXPRESS - USA**
**16592 COLLECTIONS CENTER DR**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $477.60 |
|---|---|---|---|

**DIAGRAPH MARKETING**
**1 RESEARCH PARK DR**
**ST CHARLES, MO 63304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,336.47 |
|---|---|---|---|

**DIERBERGS MARKETS**
**PO BOX 66513**
**ST LOUIS, MO 63166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.63 |
|---|---|---|---|

**DOCK & DOOR HANDLING SYSTEMS**
**29 SPRING HILL ROAD**
**SACO, ME 04072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Mariner Seafood, LLC** | Case number *(if known)* | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$966.40** |
|---|---|---|---|
| | DREISBACH ENTERPRISES<br>PO BOX 7509<br>OAKLAND, CA 94601-0509 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$77,810.00** |
|---|---|---|---|
| | EASTERN FISH COMPANY LLC<br>PO BOX 781790<br>PHILADELPHIA, PA 19178-1790 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$421,687.70** |
|---|---|---|---|
| | Elite Seafood | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$736,162.17** |
|---|---|---|---|
| | EMPIRE STAFFING INC<br>PO BOX 40561<br>NEW BEDFORD, MA 02740 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72,476.16** |
|---|---|---|---|
| | EVERSOURCE<br>PO BOX 56007<br>BOSTON, MA 02205-6007 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,185.72** |
|---|---|---|---|
| | FEDEX<br>PO BOX 371461<br>PITTSBURGH, PA 15250-7461 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,861.10** |
|---|---|---|---|
| | FIDELITY PAPER & SUPPLY CORP<br>901 MURRAY ROAD<br>EAST HANOVER, NJ 07936 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Mariner Seafood, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,560.00 |
|---|---|---|---|

**FIRE SYSTEMS INC**
**955 REED ROAD**
**N. DARTMOUTH, MA 02747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,312.00 |
|---|---|---|---|

**FOA & SON CORPORATION**
**68 SOUTH SERVICE ROAD**
**MELVILLE, NY 11747-2357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,577.47 |
|---|---|---|---|

**GLOVES, CLEANERS & SAFETY PROD.**
**PO BOX 2378**
**PLAINVILLE, MA 02762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $887.90 |
|---|---|---|---|

**GM FINANCIAL LEASING**
**75 REMITTANCE DRIVE**
**SUITE 1738**
**CHICAGO, IL 60675-1738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $643.16 |
|---|---|---|---|

**GM FINANCIAL LEASING**
**75 REMITTANCE DRIVE**
**SUITE 1738**
**CHICAGO, IL 60675-1738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,687.20 |
|---|---|---|---|

**GRAINGER**
**DEPT 878892066**
**Palatine, IL 60038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66,395.54 |
|---|---|---|---|

**HALLVARD LEROY AS**
**BONTELABO NO 2 POR BOX 7600**
**NORWAY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mariner Seafood, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,954.94** |
|---|---|---|---|
| | **HUB LABELS** | ☐ Contingent | |
| | **18223 SHAWLEY DRIVE** | ☐ Unliquidated | |
| | **HAGERSTOWN, MD 21740** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$820.55** |
|---|---|---|---|
| | **HYGIENA LLC** | ☐ Contingent | |
| | **FILE 2007 1801 W OLYMPIC BLVD** | ☐ Unliquidated | |
| | **Pasadena, CA 91199-2007** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,027.83** |
|---|---|---|---|
| | **ID TECHNOLOGY** | ☐ Contingent | |
| | **PO BOX 73419** | ☐ Unliquidated | |
| | **CLEVELAND, OH 44193** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,112.82** |
|---|---|---|---|
| | **INDUSTRIAL FLEET SERVICE INC** | ☐ Contingent | |
| | **PO BOX 364** | ☐ Unliquidated | |
| | **SOMERSET, MA 02726** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **IPFS CORPORATION** | ☐ Contingent | |
| | **67 Millbrook Street #508** | ☐ Unliquidated | |
| | **Worcester, MA 01606** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$405.20** |
|---|---|---|---|
| | **J&B FREIGHT SERVICE** | ☐ Contingent | |
| | **8 SEAFOOD WAY** | ☐ Unliquidated | |
| | **UNIT 8** | ☐ Disputed | |
| | **BOSTON, MA 02210** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
|---|---|---|---|
| | **K LINE ZHENHUA LOGISTICS CO** | ☐ Contingent | |
| | **RM 1904-05** | ☐ Unliquidated | |
| | **GOLD NAME TOWER** | ☐ Disputed | |
| | **CHINA** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Mariner Seafood, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$437,543.37**

L. A. F. INVESTMENTS INC.
57 TUCKERMAN AVE
MIDDLETOWN, RI 02842

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Contract Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$483.74**

LEMIEUX HEATING INC
2283 ACUSHNET AVENUE
NEW BEDFORD, MA 02745-2827

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,604.47**

MACARTHUR DRIVE LLC
72 NORTH WATER STREET
NEW BEDFORD, MA 02740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,910.76**

MAREL SEATTLE INC
2001 W GARFIELD TERMINAL 91 BLG A1
SEATTLE, WA 98119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,921.39**

MARITIME TERMINAL INC
PO BOX 7745
NEW BEDFORD, MA 02742

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,113.75**

METTLER-TOLEDO SAFELINE
22677 NETWORK PLACE
CHICAGO, IL 60673-1226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,031.06**

MILHENCH SUPPLY COMPANY
121 DUCHAINE BLVD
NEW BEDFORD, MA 02745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mariner Seafood, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,697.75** |
|---|---|---|---|

**MPS**
**PO BOX 169**
**BUZZARDS BAY, MA 02532**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,462.28** |
|---|---|---|---|

**MULTIVAC INC**
**PO BOX CH 17573**
**PALATINE, IL 60055-7573**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,830.67** |
|---|---|---|---|

**NEWLY WEDS FOODS+A71 INC**
**29565 NETWORK  PLACE**
**CHICAGO, IL 60673-1295**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85,710.00** |
|---|---|---|---|

**NORTH ATLANTIC INC.**
**PO BOX 787562**
**PHILADELPHIA, PA 19178-4562**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$757.18** |
|---|---|---|---|

**NWD INC**
**PO BOX 50821**
**NEW BEDFORD, MA 02745**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,907.00** |
|---|---|---|---|

**OCEAN CHOICE INTERNATIONAL L.P.**
**P.O. BOX 8190**
**ST.. JOHN`S, NL A1B 3N4**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,015.30** |
|---|---|---|---|

**OCEAN EXPRESS**
**60 MEAD STREET**
**SEEKONK, MA 02771**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mariner Seafood, LLC** | Case number *(if known)* | |
| | Name | | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$123,427.50** |
|---|---|---|---|
| | **OCEANS FLEET FISHERIES INC**<br>PO BOX 2731<br>FALL RIVER, MA 02777 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$413,764.03** |
|---|---|---|---|
| | **OCI** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$92,485.00** |
|---|---|---|---|
| | **PACIFIC TRADE INTERNATIONAL**<br>124 MAKAALA STREET<br>HILO, HI 96720 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,909.92** |
|---|---|---|---|
| | **PACKAGING PRODUCTS CORP**<br>PO BOX 845409<br>BOSTON, MA 02884-5409 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$396.88** |
|---|---|---|---|
| | **Paksense, Inc.**<br>9939 West Emerald<br>Building C<br>Boise, ID 83704 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,969.50** |
|---|---|---|---|
| | **PILOTTES TRANSPORT REFRIG**<br>34 SEARS ROAD<br>SWANSEA, MA 02777 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$182.80** |
|---|---|---|---|
| | **PITNEY BOWES POSTAGE BY PHONE**<br>PO BOX 371874<br>PITTSBURGH, PA 15250-7874 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Mariner Seafood, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,422.96 |
|---|---|---|---|

**PREFERRED FREEZER NORFOLK LLC**
**2700 TRADE STREET**
**CHESAPEAKE, VA 23323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,388.44 |
|---|---|---|---|

**PRINCIPAL LIFE INSURANCE**
**PO BOX 10372**
**DES MOINES, IA 50306-0372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,305.00 |
|---|---|---|---|

**PROFISHANT INC**
**32 ADAMS STREET**
**FAIRHAVEN, MA 02719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,475.50 |
|---|---|---|---|

**PROGRESS PALLET INC**
**98 WEST GROVE STREET**
**MIDDLEBORO, MA 02346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,291.89 |
|---|---|---|---|

**QUILL CORPORATION**
**PO BOX 37600**
**PHILADELPHIA, PA 19101-0600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,331.67 |
|---|---|---|---|

**R&I CUSTOM TRANSFER**
**1362 MERRYMAN STREET**
**MARINETTE, WI 54143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $868,595.96 |
|---|---|---|---|

**RGK Goodwin**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mariner Seafood, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,132.01 |
|---|---|---|---|

**RJP PACKAGING**
**1 CAMPBELL STREET**
**PAWTUCKET, RI 02860-4037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,645.34 |
|---|---|---|---|

**ROBERT HALF FINANCE &  ACCOUNTING**
**12400 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,842.01 |
|---|---|---|---|

**RYDER TRANSPORTATION SERVICES**
**PO BOX 96723**
**CHICAGO, IL 60693-6723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |
|---|---|---|---|

**SEA PEARL SEAFOOD**
**PO BOX 649**
**BAYOU LABATRE, AL 36509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $273,282.56 |
|---|---|---|---|

**SEAFREEZE LTD**
**100 DAVISVILLE PIER**
**NORTH KINGSTOWN, RI 02852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250,285.53 |
|---|---|---|---|

**SEATRADE INTERNATIONAL INC.**
**10 N FRONT SRTEET**
**NEW BEDFORD, MA 02740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,606.32 |
|---|---|---|---|

**SKIP`S MARINE SUPPLY INC.**
**108 MACARTHUR DRIVE**
**NEW BEDFORD, MA 02740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | **Mariner Seafood, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$747.50** |
|---|---|---|---|

**SOUTHEASTERN FIRE EQUIPMENT**
**117 ALDEN ROAD**
**FAIRHAVEN, MA 02719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61,566.12** |
|---|---|---|---|

**SOUTHWEST AIRLINES CARGO**
**PO BOX 97390**
**DALLAS, TX 75397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$786,579.60** |
|---|---|---|---|

**STAFFING 360 SOLUTIONS INC./MONROE**
**P O BOX 412554**
**Boston, MA 02241-2554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$331,896.31** |
|---|---|---|---|

**STAVIS SEAFOODS LLC**
**212 NORTHERN AVE**
**BOSTON, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$671.49** |
|---|---|---|---|

**SUMMIT MARKETING PARTNERS**
**401 HALL ST**
**GRAND RAPIDS, MI 49503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**TEMPEST FISHERIES LTD**
**P.O. BOX 127**
**FAIRHAVEN, MA 02719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$567,641.85** |
|---|---|---|---|

**TITANIA SEAFOOD LTD**
**253-261 HENNESSY RD**
**COMMERCIAL BLD ROOM 1902 EASEY**
**WANCHAI**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Mariner Seafood, LLC**
_____
Name

Case number (if known)   _____

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,826.25** |
|---|---|---|---|

**TOTAL QUALITY LOGISTICS**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$586.42** |
|---|---|---|---|

**TRU HONE**
**1721 NE 19TH AVENUE**
**OCALA, FL 34470**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,130.79** |
|---|---|---|---|

**ULINE**
**PO BOX 88741**
**CHICAGO, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,099.21** |
|---|---|---|---|

**UNITED AIRLINES**
**PO BOX 13085**
**NEWARK, NJ 07188-0085**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,520.65** |
|---|---|---|---|

**UNITED AIRLINES**
**PO BOX 13085**
**NEWARK, NJ 07188-0085**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$370.00** |
|---|---|---|---|

**VIDEOJET TECHNOLOGIES INC**
**12113 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,185.00** |
|---|---|---|---|

**VITSAB USA**
**16 RANDALL ROAD**
**WINSLOW, ME 04901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mariner Seafood, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,121.66 |
|---|---|---|---|

**WB MASON COMPANY INC**
**PO BOX 981101**
**BOSTON, MA 02298-1101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76,832.20 |
|---|---|---|---|

**WHEELER SEAFOOD INC**
**929 E. MAIN**
**SUITE 212**
**PUYALLUP, WA 98372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,977.55 |
|---|---|---|---|

**WIN TRANSPORT INC**
**PO BOX 189**
**FEDERALSBURG, MD 21632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  0.00 |
| **5b. Total claims from Part 2** | 5b. + | $  7,046,853.07 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  7,046,853.07 |

**Fill in this information to identify the case:**

Debtor name __**Mariner Seafood, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF MASSACHUSETTS - EASTERN DIVISION__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **SEE ATTACHED SCHEDULE G** |
| List the contract number of any government contract _____ | _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**SCHEDULE G - EXECUTORY CONTRACTS**

Page 1 of 2

| Contract/Counterparty | Term Ending | Description | Address |
|---|---|---|---|
| Wells Fargo Equipment Finance Manufacturer Services Group Single Sided Lease Agreement No. 301-0378322-001, dated September 18, 2018. | Jul-23  60 Months | 2 Forklifts | PO Box 3072 Cedar Rapids, IA 52406-3072 |
| Wells Fargo Equipment Finance Manufacturer Services Group Single Sided Lease Agreement No. 301-0378322-002, dated September 12, 2018. - Fork lift | Aug-22  48 Months | 1 Forklift | PO Box 3072 Cedar Rapids, IA 52406-3072 |
| Wells Fargo Equipment Finance Manufacturer Services Group Single Sided Lease Agreement No. 301-0378322-003, dated September 4, 2018. | Aug-21  36 Months | 8 Walkie Pallet Trucks | PO Box 3072 Cedar Rapids, IA 52406-3072 |
| Wells Fargo Equipment Finance Manufacturer Services Group Single Sided Lease Agreement No. 301-0378322-004, dated October 29, 2018. | Sep-24 | 3 Walkie Pallet Trucks | PO Box 3072 Cedar Rapids, IA 52406-3072 |
| Ryder Truck Lease and Service Agreement dated July 12, 2010 and the following associated schedules: | | | PO Box 96723 Chicago, IL 60693-6723 |
| Schedule A No. 1468860 dated August 11, 2015; Ryder Unit No. 670458 | Jul-23  90 Months | | PO Box 96723 Chicago, IL 60693-6723 |
| Schedule A No. 1619941 dated May 6, 2016; Ryder Unit No. 675984 | May-22  72 Months | | PO Box 96723 Chicago, IL 60693-6723 |
| Schedule A No. 1783701 dated February 27, 2017; Ryder Unit No. 755741 | Jan-23  72 Months | | PO Box 96723 Chicago, IL 60693-6723 |
| Schedule A No. 123456 dated October 25, 2017; Ryder Unit No. 807576 | Sep-27  114 Months | | PO Box 96723 Chicago, IL 60693-6723 |
| Atradius | 04/31/2021  12 months | Collection Insurance Policy | 211 Schilling Circle, Ste 200, hunt Vally, MD 21031 |
| Bridge Terminal, Inc. | | Refrigerated Storage | 12 Fish Island, New Bedford MA 02740 |
| Maritime Terminal, Inc. | | Refrigerated Storage | 276 MacArthur Drive, New Bedford, MA 02740 |
| Maritime West Terminal | | Refrigerated Storage | 289 MacArthur Drive, New Bedford, MA 02740 |
| Preferred Freezer Services of Norfolk, LLC | | Refrigerated Storage | 2700 Trade Street, Chesapeake, VA 23323 |
| Lease Agreement dated as of January 1, 2012 between Mariner Seafood, LLC and Flynn Realty LLC, as amended by that Amendment to Lease Agreement dated as of November 1, 2014; as further amended by that Second Amendment to Lease Agreement dated as of December 20, 2018. | Dec-23 | Real Property Lease | 57 Tuckerman Drive Midddletown, RI 02842 |

Page 2 of 2

| | | | |
|---|---|---|---|
| Lease Agreement dated as of September 14, 2010, between Mariner Seafood LLC and Darn It Realty LLC. | Sep-20 | Real Property Lease | 686 Belleville Avenue, New Bedfor, MA 02745 |
| Lease Agreement dated as of January 1, 2018, between Mariner Seafood LLC and MacArthur Drive LLC. | Dec-22 | Real Property Lease | 72 North Water Street, New Bedford, MA 02740 |
| The Ohio National Life Insurance Company Contract/Policy | | Life Insurance | 45 Lyman street, Westborough MA 01581 |
| Pilottes Transportation 36 foot Refrigeration Trailer rental at MacArthur Drive, invoice dated June 9, 2014. | Month to month | | 34 Sears Road, Swansea, MA 02777 |
| Scope and Proposal Document between Mariner Seafood LLC and SPS Commerce, Inc., dated December 13, 2016. | Month to month | | PO Box 205782 Dallas, TX 75320-5782 |
| Procurement Agreement dated August 2, 2019 with Blu Arctic LLC. | Aug-22 | Procurement | |
| Profishant Consulting Services Agreement dated January 2, 2020 | Dec-20 | Consulting | 32 Adams Street, Fairhaven, MA 02719 |
| Profishant Integrated Pest Management re: 86 MacArthur Drive, New Bedford, MA, dated January 1, 2020 | Dec-20 | Pest Management | 32 Adams Street, Fairhaven, MA 02719 |
| Profishant Integrated Pest Management re: 14 South Street, New Bedford, MA, dated January 1, 2020 | Dec-20 | Pest Management | 32 Adams Street, Fairhaven, MA 02719 |
| Broker - Miid America Marketing | Month to month | | |
| Bailment Agreement - North Salmon Limited Partnership | Month to month | Equipment Bailment Agreement | 40 Wellington Row, Saint John, NB, E2L 3H3, Canada |
| Bailment Agreement - Wanchese Fish Company, Inc. | Month to month | Equipment Bailment Agreement | 2000 Northgate Commerce Parkway, Suffolk, VA 23435 |

**Fill in this information to identify the case:**

Debtor name    **Mariner Seafood, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1  **John P. Flynn** | **57 Tuckerman Drive**<br>**Middletown, RI 02842** | **Wells Fargo Bank, N.A.** | ■ D   2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.2  **Mariner Seafood Markting, Inc.** | **86 MacArthur Drive**<br>**New Bedford, MA 02740** | **Wells Fargo Bank, N.A.** | ■ D   2.1<br>☐ E/F ____<br>☐ G ____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Mariner Seafood, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS - EASTERN DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 25, 2020**   x _John P Flynn_
Signature of individual signing on behalf of debtor

**John P. Flynn**
Printed name

**President and Manager** ✓
Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy